IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-CR-10007 |
| | ) | |
| CHRISTOPHER RAMOS-GARCIA | ) | |

## FINAL ORDER OF FORFEITURE

On May 23, 2022, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b). (Doc. 33). In the Preliminary Order of Forfeiture, a black LG L33L wireless phone, IMEI: 357657064110139; a 4GB SanDisk SD card; a black AT&T U8665 wireless phone, IMEI: 863496014895136; an Apple iPhone 11 Pro Max wireless phone, IMEI: 353902101207116; an Apple iPhone A1764, IMEI: 353810087102708; an Apple iPhone (unknown model), IMEI: 357278097966387; a Samsung SM-J120A wireless phone, IMEI: 356266073449370; a blue model QS5509A wireless phone (unknown make), IMEI: 357485090436041; a black Sony PCG-71912L laptop computer, S/N: 275495753011146; a light blue HP Stream 14-CB011WM laptop computer, S/N: 5CD84034ZC; and a black HP 15-G019WM laptop computer, S/N: CND4031DHB, was forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On June 29, 2022, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on

www.forfeiture.gov. The deadline for filing claims was July 24, 2022. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 23, 2022, shall become final at this time.

IT IS SO ORDERED this 2nd day of March, 2023.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE